AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)     ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
## for the
### Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
8/26/25
CENTRAL DISTRICT OF CALIFORNIA
BY: MRV    DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
8/26/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ts    DEPUTY

| | |
|---|---|
| United States of America<br><br>v.<br><br>COSMAS MITCHELL,<br><br>Defendant. | Case No. 2:25-mj-05258-DUTY |

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 26, 2025 in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a) | Assault on a Federal Officer |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Ashley E. Holly
Complainant's signature

Ashley E. Holly, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: August 26, 2025

Judge's signature

City and state: Los Angeles, California     Hon. Stephanie Christensen, U.S. Magistrate Judge
Printed name and title

AUSA: Rahul Hari, x6159

**AFFIDAVIT**

I, Ashley E. Holly, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint against, and arrest warrant for, Cosmas MITCHELL ("MITCHELL") for a violation of Title 18, United States Code Section 111(a)(1) (Assault on a Federal Officer).

2. The facts set forth in this affidavit are based upon my review of evidence, my training and experience, and information obtained from various law enforcement personnel and law enforcement witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, and all dates and times are on or about those indicated.

## II. TRAINING AND EXPERIENCE OF SPECIAL AGENT ASHLEY E. HOLLY

3. I am a Special Agent ("SA") with United States Homeland Security Investigations ("HSI"), where I have worked since June of 2024. I am currently assigned to an HSI financial crimes group and have training in investigating assaults on federal officers and have assisted in the investigation of the same.

4. I have completed the Criminal Investigator Training Program and the HSI Special Agent Training program at the

1

Federal Law Enforcement Training Center in Glynco, Georgia. During my approximately six-month training program, I completed courses in criminal investigative functions, criminal law, immigration law, and customs law.

5.  Before becoming an HSI SA, I earned my PhD in Regulatory Biology.  I also earned an Associate of Science degree, a Bachelor of Arts degree in Microbiology, and a master's degree in business administration.

### III.  STATEMENT OF PROBABLE CAUSE

6.  Based on my review of video, including both publicly available video and body-worn camera footage, conversations with other law enforcement personnel, my interview of MITCHELL, and my knowledge of the investigation, I am aware of the following:

**A.  MITCHELL Assaults Agents During Enforcement Operation**

7.  On August 25, 2025, a Quick Response Force ("QRF") team, which included U.S. Border Patrol personnel, was performing a targeted enforcement operation around a Los Angeles Home Depot located at 12975 W. Jefferson, Los Angeles California 90066.

8.  Based on my investigation, at least some law enforcement personnel on scene were wearing police identifiers and a combination of law enforcement equipment, including ballistic vests, duty belts, helmets, and lethal and less than lethal use of force options.

9.  Members of the QRF team began travelling to the east side of the Home Depot in response to an assistance request by other QRF team members.  The QRF team members were driving a

2

large Sprinter-style van with the sliding door on the passenger side of the van open.

10. As the QRF team members were driving towards the requested location, a male subject, later identified as MITCHELL, came out from behind a tree and overhand threw what appeared to be an empty glass object at the agents standing inside the van, who were exposed to the projectile since the van's sliding glass door was open. Based on my conversations with agents who were present, one agent saw MITCHELL do a winding-up motion with a clear object in his hand. A second agent saw MITCHELL do a bending down motion to grab an object.

11. The glass object hit the outside of the van on the sliding door, leaving visible damage.

12. A member of the QRF team arrested MITCHELL, and he was transferred to HSI custody.

**B.   MITCHELL's Post-Arrest Statements**

13. On the same day, August 25, 2025, at approximately 12:09 p.m., I interviewed MITCHELL along with HSI SA Aaron DeGuzman, while MITHCELL was in HSI custody. After acknowledging he understood the written and verbally given <u>Miranda</u> rights, MITCHELL agreed to be interviewed by me and my colleague.

14. During the interview, MITCHELL admitted to throwing the glass object, which he described as a glass mason jar. MITCHELL said that he threw the jar because he believed the van to be driven by ICE officers engaged in immigration enforcement activity.

## IV. CONCLUSION

15. For all the reasons described above, there is probable cause to believe that Cosmas MITCHELL committed a violation of Title 18, United States Code, Section 111(a)(1) (Assault on a Federal Officer).

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this <u>26th</u>day of
August, 2025.

_____
HONORABLE STEPHANIE CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE