**FILED**
CLERK, U.S. DISTRICT COURT
10/1/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____RYO_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00795-WLH |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1361: Depredation Against Federal Property] |
| COSMAS MITCHELL, | [CLASS A MISDEMEANOR] |
| Defendant. | |

The Acting United States Attorney charges:

[18 U.S.C. § 1361]

On or about August 25, 2025, in Los Angeles County, within the Central District of California, defendant COSMAS MITCHELL, willfully and by means of throwing a glass jar, injured and committed a depredation against property of the United States and of a department and agency thereof, namely, a government

//

//

vehicle belonging to United States Customs and Border Protection.

                BILAL A. ESSAYLI
                Acting United States Attorney

                JOSEPH T. MCNALLY
                Assistant United States Attorney
                Acting Chief, Criminal Division

                */s/ Frances S. Lewis*

                FRANCES S. LEWIS
                Assistant United States Attorney
                Chief, General Crimes Section

                SHAWN T. ANDREWS
                Assistant United States Attorney
                Deputy Chief, General Crimes Section

                CLAIRE KELLY
                Assistant United States Attorney
                Deputy Chief, General Crimes Section

                RAHUL R.A. HARI
                Assistant United States Attorney
                General Crimes Section